UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRISH CASTANEDA, | No. 2:25-cv-02804-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| 6939 FAIR OAKS BLVD TIC LLC, | |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the Court is Plaintiff's motion for a 14-day extension of time to file her Second Amended Complaint ("SAC"). ECF No. 10. On October 24, 2025, the Court issued an order allowing Plaintiff 30 days to file a First Amended Complaint ("FAC"). ECF No. 8 at 10. This order was docketed nearly contemporaneously with Plaintiff's FAC (ECF No. 7). Therefore, the Court issued a Minute Order clarifying that Plaintiff had 30 days to file a SAC, or otherwise the Court would screen the FAC under 28 U.S.C. § 1915.

Plaintiff now seeks an extension of time to December 9, 2025 to file a SAC. ECF No. 10 at 6. Plaintiff further seeks a finding from the Court that such extension is required as a "reasonable modification" under the ADA. *Id*. The Court finds good cause for an extension of time. The Court need not reach the issue presented by Plaintiff concerning an accommodation under the ADA.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for extension of time (ECF No. 10) is GRANTED.

2. Plaintiff shall file a second amended complaint on or before **December 9, 2025**.

SO ORDERED.

DATED: December 2, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE