UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRISH CASTANEDA, | No.  2:25-cv-2804-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| 6939 FAIR OAKS BLVD TIC LLC, | |
| Defendant. | |

Plaintiff Cherrish Castaneda ("Plaintiff") proceeds pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On October 24, 2025 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty (30) days.  (ECF No. 8.)  Plaintiff has not filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2025 (ECF No. 8) are ADOPTED IN FULL; and

2. Plaintiff's Motion for Temporary Restraining Order (ECF No. 4) is DENIED.

Date: January 23, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE