UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERRISH CASTANEDA,

Plaintiff,

v.

6939 FAIR OAKS BLVD TIC LLC,

Defendant.

No.  2:25-cv-02804-TLN-SCR

ORDER TO SHOW CAUSE

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On March 16, 2026, this Court issued an order pursuant to the screening process required by 28 U.S.C. § 1915(e)(2) and found that Plaintiff's second amended complaint ("SAC") failed to comply with Rule 8 and failed to state a claim.  ECF No. 26.  The Court allowed Plaintiff 30 days to file a third amended complaint ("TAC") to address the pleading deficiencies.  *Id*. at 11.  The Order further provided: "If Plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed." *Id*.

On April 10, 2026, Plaintiff filed a motion seeking an additional 30 days to file the TAC, which the Court granted.  ECF Nos. 27 & 28.  On May 6, 2026, Plaintiff filed a second request for extension of time, this time seeking 14 days.  ECF No. 29.  The Court granted the request, extending the time to May 26, 2026.  ECF No. 30.  On May 26, 2026, Plaintiff filed a third

1

motion for extension of time, seeking to extend the time to May 29, 2026.  ECF No. 31.  The Court granted the motion.  ECF No. 32.

After being granted three extensions of time, Plaintiff failed to meet the deadline for filing the TAC.  It has now been more than 90 days since Plaintiff was granted leave to amend, but no amended pleading has been filed.

IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file a third amended complaint should not result in a recommendation that this case be dismissed.  Plaintiff's response may be the filing of a third amended complaint that complies with the Court's prior order.  *See* ECF No. 26.  If Plaintiff fails to respond, the court will recommend dismissal of this case.  *See* Fed.R.Civ.P. 41(b); Local Rule 110.

SO ORDERED.

DATED: June 22, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2