UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRISH CASTANEDA,<br>Plaintiff,<br>v.<br>6939 FAIR OAKS BLVD TIC LLC,<br>Defendant. | No. 2:25-cv-02804-TLN-SCR<br><br>**ORDER** |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On March 16, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 26.) Plaintiff did not file objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2026 (ECF No. 26) are ADOPTED in full; and

2. Plaintiff's Motions for Temporary Restraining Order (ECF Nos. 14, 16) are

DENIED.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE